UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADUAN BROWN,<br><br>          Plaintiff,<br><br>    v.<br><br>CARILLO, *et al.*,<br><br>          Defendants. | 1:24-cv-01496-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUPPLEMENT HIS IFP APPLICATION<br><br>(ECF No. 2)<br><br>THIRTY DAY DEADLINE |

Plaintiff is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 9, 2024, when Plaintiff filed his complaint and his application to proceed *in forma pauperis*, Plaintiff was confined at the California Substance Abuse Treatment Facility (CSATF). (ECF No. 1). However, the next day, December 10, 2024, Plaintiff was released from custody. (ECF No. 5). Because Plaintiff is no longer incarcerated, the Court will require Plaintiff to submit a supplemental IFP application.

Accordingly, **IT IS ORDERED** as follows:

1. The Clerk of Court is directed to send Plaintiff, along with this order, a long form application to proceed in forma pauperis (AO 239).

1

2. Within 30 days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed in full under penalty of perjury.

3. Alternatively, Plaintiff may pay the $405.00 filing fee for this action.

4. **No requests for extension will be granted without a showing of good cause**.

IT IS SO ORDERED.

Dated:   **January 10, 2025**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE