UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADUAN BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>CARILLO, *et al.*,<br><br>    Defendants. | 1:24-cv-01496-KES-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 8) |

  Plaintiff LaDuan Brown is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 9, 2024, when Plaintiff filed his complaint and application to proceed *in forma pauperis*, Plaintiff was confined at the California Substance Abuse Treatment Facility. (ECF No. 1). However, the next day, December 10, 2024, Plaintiff was released from custody. (ECF No. 5). Because Plaintiff is no longer incarcerated, the Court ordered Plaintiff to supplement his IFP application (ECF No. 7). Plaintiff timely filed a supplement. (ECF No. 8).

  Plaintiff states that he is "currently living in a probation halfway house" and that he is "looking for employment." (ECF No. 8 at 6). Plaintiff reports he has no assets or income at this time. (*Id.* at 1–2). Examination of the motion, made under oath, reveals that Plaintiff is unable to afford the costs of this action.

\\\

\\\

\\\

\\\

Accordingly, Plaintiff's motions to proceed *in forma pauperis* (ECF Nos. 2, 8) are **GRANTED**.

IT IS SO ORDERED.

Dated: **January 29, 2025**            /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE