UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADUAN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CARILLO, et al.,<br><br>Defendants. | No. 1:24-cv-01496-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>Doc. 26 |

Plaintiff LaDuan Brown is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Doc 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2025, the magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to state a claim. Doc. 26. The findings and recommendations provided the plaintiff thirty days after service to file objections. *Id*. at 10. Plaintiff filed timely objections. Doc. 27.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Plaintiff's objections do not undermine the reasoning of the findings and recommendations and plaintiff does not address the finding that the first amended complaint fails to comply Federal Rule of Civil Procedure 8's requirements. Having carefully reviewed the

entire file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 29, 2025, Doc. 26, are adopted in full.
2. This case is dismissed, without prejudice, due to plaintiff's failure to state a claim.
3. The Clerk of the Court is directed to close this case and terminate any pending motions.

IT IS SO ORDERED.

Dated:   November 2, 2025

UNITED STATES DISTRICT JUDGE

2